IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANDY GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:15-CV-968 RP |
| | § | |
| STATE FARM LLOYDS and KEVIN | § | |
| O'HAVER, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), filed January 28, 2016 (Dkt. 10). By way of the stipulation, Plaintiff Sandy Gonzalez agrees to voluntarily dismiss all claims raised against Defendants State Farm Lloyds and Kevin O'Haver. *See* Fed. R. Civ. P. 41(a)(1)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The parties' joint Stipulation of Dismissal with Prejudice is hereby **GRANTED.** Accordingly, **IT IS ORDERED** that all claims and causes of action asserted by Plaintiff are hereby **DISMISSED WITH PREJUDICE.** The Clerk's Office is directed to close this case. Each party is to bear its own attorney's fees and costs.

**SIGNED** on January 29, 2016.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE